724

ond Circuit denied. *Messrs. Charles Dickerman Williams* and *Carol Weiss King* for petitioner. *Assistant Attorney General Luhring, Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for respondent.

No. 565. HOOPER *v.* GOLDSTEIN. March 3, 1930. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. James H. Hooper, pro se. Mr. Sherman C. Spitzer* for respondent.

No. 566. DELAWARE, LACKAWANNA & WESTERN R. CO. *v.* REARDON, ADMINISTRATRIX. March 3, 1930. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Messrs. Frederic B. Scott* and *Walter J. Larrabee* for petitioner. *Mr. Clement K. Corbin* for respondent.

No. 567. CONTINENTAL NATIONAL BANK *v.* HOLLAND BANKING Co. March 3, 1930. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. George L. Edwards* and *Edward J. White* for petitioner. *Mr. Roscoe C. Patterson* for respondent.

No. 568. RECEIVERS OF GULF STATES OIL & REFINING CORP. *v.* ISLAND OIL & TRANSPORT CORP. ET AL. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Leavitt J. Hunt* for petitioners. *Messrs. Francis L. Kohlman, Carl J. Rustrian, Saul J. Lance, Charles A. Boston,* and *William M. Chadbourne* for respondents.